## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMEGA PSI PHI FRATERNITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VARIOUS JOHN & JANE DOES, and VARIOUS XYZ CORPORATIONS, <br><br> Defendants. | Civil Action No. 11-cv-1355 (RCL) <br><br> ~~Filed Under Seal~~ |

## PRELIMINARY INJUNCTION ORDER

Upon consideration of Plaintiff's *unopposed* motion for preliminary injunction, and the record herein, it is this __10th__ day of ~~October, 2011~~ *May 2012* hereby ORDERED that the motion is hereby GRANTED, and it is

FURTHER ORDERED that:

1. Defendants, along with their partners, associates, agents, servants, employees, representatives, and assigns, and all others under their control or in active concert or participation with them, and all other persons and entities having actual knowledge hereof be, and the same hereby are, ~~permanently~~ *preliminarily* ENJOINED and RESTRAINED from:

   a. manufacturing, assembling, selling, offering for sale, distributing, or offering to distribute any goods of any kind which were not authorized by Plaintiff and which bear any of the trademarks and service marks of Plaintiff and or any marks confusingly similar thereto;

   b. representing by any method whatsoever that their merchandise is or was sponsored, manufactured, sold or licensed by Plaintiff; and

   c. otherwise taking any action likely to cause confusion, mistake or deception as to the origin of Defendants' merchandise.

2. Any federal, state, or local law enforcement officer, and Plaintiff, or Plaintiff's duly authorized trademark enforcement team, and/or all persons acting under the supervision and control thereof (collectively "Enforcement Officials") are hereby authorized and directed to destroy all of the 5 named Defendants' seized counterfeit marked merchandise in their custody and control, i.e. the Seized Goods.

3. IT IS SO ORDERED.

This __10th__ day of ~~October, 2011~~ May 2012.

_____
United States District Judge